UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERIE R. DILLON and DENTAL HEALTHCARE WITH HEART, P.C., (successor in interest to DENTAL HEALTHCARE WITH HEART, PLLC),<br><br>Defendants. | Case No. 1:17-cv-00498-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

Before the Court is Defendant Cherie Dillon's Motion to Stay (Dkt. 98). Ms. Dillon filed this motion in three cases pending in this District: (1) *U.S. v. Dillon*, Case No. 16-cr-37; (2) *U.S. v. Dillon*, Case No. 23-cv-355, and (3) the above-captioned case. In the criminal case, the Court entered an order explaining that it will deny the stay request in all three actions. Accordingly, **IT IS ORDERED** that Ms. Dillon's Motion to Stay (Dkt. 98) is **DENIED.**

DATED: January 31, 2024

B. Lynn Winmill
U.S. District Court Judge

ORDER - 1