UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERIE R. DILLON and DENTAL HEALTHCARE WITH HEART, P.C., (successor in interest to DENTAL HEALTHCARE WITH HEART, PLLC),<br><br>Defendants. | Case No. 1:17-cv-00498-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

# INTRODUCTION

Before the Court is Defendant Cherie Dillon's Motion to Terminate Sow Cause Proceedings (Dkt. 103). For the reasons explained below, the Court will deny the motion. ***The show-cause hearing will proceed as scheduled, on March 25, 2024 at 1:30 p.m. at the United States Courthouse in Boise, Idaho.***

# DISCUSSION

The Court has ordered defendant Cherie Dillion and her spouse, Kenneth Dillon, to appear before this Court on March 25, 2024 and show cause as to why they should not be held in contempt for failing to fully comply with subpoenas issued to them in this matter. This hearing has been continued several times, and in

ORDER - 1

January 2024, Ms. Dillon moved the Court to terminate the hearing. The Court has carefully considered each of the arguments advanced in the motion, *see Motion,* Dkt. 103, ¶¶ 2-8, but it finds these arguments unavailing for the reasons set forth in the government's point-by-point response. *See Response,* Dkt. 104, Dkt., at 6-11. In short, the Court is not persuaded that the Dillons have fully complied with the subpoenas. For that reason, the hearing will proceed as scheduled.

## ORDER

**IT IS ORDERED that** Defendant Cherie Dillon's Motion to Terminate Show-Cause Proceedings (Dkt. 103) is **DENIED.**

DATED: March 19, 2024

B. Lynn Winmill
United States District Judge

ORDER - 2